STATE OF NEW JERSEY v. RORY A. RHODES.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. GILMORE.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO VILLANUEVA.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE TOLBERT.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL EXSON.

March 8, 1989.

Petition for certification denied.